UNITED STATES, Appellee

v

BILLY A. HANEY, Aviation Ordnanceman Airman Apprentice,
U. S. Naval Reserve, Appellant

19 USCMA 527, 42 CMR 129

No. 22,947

July 2, 1970

*Commander E. M. Fulton, Jr.,* JAGC, USN, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Pursuant to his guilty plea, the appellant was convicted by a special court-martial for an unauthorized absence beginning June 16, 1969. Under United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970), introduction of evidence of Article 15 punishment for a prior three-day absence without leave was erroneous. No harm results, considering the presence of evidence showing prior convictions by court-martial for three absences without leave, breaking restriction, and escape from confinement. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970), and United States v Young, 19 USCMA 481, 42 CMR 83 (1970).

The decision of the Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).